```
                              JUDGMENT
                                        FILED: January 20, 2006
                      UNITED STATES COURT OF APPEALS

                              for the

                          Fourth Circuit


                           No. 04-2369
                           CA-02-179
```

RIAZ BAQIR, M.D.

        Plaintiff - Appellant

  v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans Affairs

        Defendant - Appellee


```
                       --------------------
         Appeal from the United States District Court for the
            Western District of North Carolina at Asheville
                       --------------------
```

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

```
                              /s/ Patricia S. Connor
                              _____
                                       CLERK
```