UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 28, 2006

No. 04-2369
CA-02-179

RIAZ BAQIR, M.D.

    Plaintiff - Appellant

v.

ANTHONY J. PRINCIPI, Secretary, Department of Veterans Affairs

    Defendant - Appellee

---------------

M A N D A T E

---------------

The judgment of this Court, entered 1/20/06, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
-----------------------
CLERK